UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LUNCINSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>        Defendants. | No. 2:17-cv-1140 GEB AC P<br><br>FINDINGS AND RECOMMENDATIONS |

    By an order filed June 9, 2017, plaintiff was ordered to file a completed in forma pauperis application or pay the filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 3. The thirty day period for compliance has now expired, and plaintiff has not responded to the court's order and has not filed the required documents or paid the fee.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 24, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE